NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Paul Q. Goyette, SBN 137250
Goyette & Associates, Inc.
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Ph: (916) 851-1900
Fax: (916) 851-1995
goyettep@goyette-assoc.com

ATTORNEY(S) FOR: Serengeti Financial and Lannister Law Corp.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUKE SANCHEZ<br><br>Plaintiff(s),<br>v.<br>SERENGETI FINANCIAL, LLC AND<br>LANNISTER LAW CORPORATION<br><br>Defendant(s) | CASE NUMBER:<br>5:20-CV-00146<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Serengeti Financial, LLC and Lannister Law Corporation
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Duke Sanchez | Plaintiff |
| Serengeti Financial, LLC | Defendant |
| Lannister Law Corporation | Defendant |

March 30, 2020                                    *[signature: Paul Goyette]*
Date                                                      Signature

Attorney of record for (or name of party appearing in pro per):

Serengeti Financial, LLC and Lannister Law Corporation

CV-30 (05/13)                          NOTICE OF INTERESTED PARTIES

Case Name: *Duke Sanchez v. Serengeti Financial and Lannister Law Corporation*
Court: United States District Court- Central District
Case No: 5:20-CV-00146

## PROOF OF SERVICE

I am employed in the County of Sacramento, California. I am over the age of 18 years and not a party to the above-entitled action. My business address is 2366 Gold Meadow Way, Suite 200, Gold River, CA 95670.

On the date indicated below, I filed and served the attached document entitled:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**

on the following parties:

Scott M. Grace
The Grace Law Group
1958 Sunset Cliffs Boulevard
San Diego, CA 92107
sgrace@lawlh.com

Patric A. Lester
Consumer Attorney Advocates, Inc.
5694 Mission Center Road, Suite 358
San Diego, CA 92108
pl@lesterlaw.com

☒ BY UNITED STATES MAIL by placing sealed envelope with postage thereon fully prepaid in the designated area for out-going mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in Sacramento County at the close of the business day.

☐ BY FACSIMILE: by use of facsimile machine in accordance with Code of Civil Procedure Section 1013(e) and California Rules of Court 2008(3), to the parties at the facsimile number(s) indicated above. This transmission was reported as complete and without error.

☐ BY OVERNIGHT MAIL: on the parties in said action, in accordance with Code of Civil Procedure Section 1013(c), by placing a true copy thereof enclosed in a sealed envelope, with deliver fees paid or provided for, in a designated area for outgoing overnight mail, to the addresses as listed above.

☒ BY ELECTRONIC SERVICE via CM/ECF (to all registered participants): I transmitted the document listed above electronically to the e-mail addresses as indicated above. I am readily familiar with the e-mail system and the transmission was reported as complete without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on March 30, 2020, in Sacramento County, California

*Jessica Post*
Jessica Post

- 1 -

PROOF OF SERVICE